# "Exhibit '1'"



CJ-2020-3672 Ogden

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG - 6 2020

RICK WARREN
COURT CLERK
41_____

| | |
|---|---|
| FRANKIE TIANA MAYFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2020- |
| SHAWN JAMES KIDD, | ) |
| Defendant. | ) |

### PETITION

CJ-2020-3672

COMES NOW, Plaintiff, Frankie Tiana Mayfield, and for her cause of action against Defendant, Shawn James Kidd, alleges and states as follows:

1. On or about June 26, 2020, at or near the intersection of East Reno Avenue and South Martin Luther King Avenue in Oklahoma City, Oklahoma, Defendant, Shawn James Kidd negligently operated his motor vehicle causing a collision to occur.

2. As a direct result of said negligence, Plaintiff sustained personal injuries resulting in the following elements of damage: both past and future pain and suffering, disability, medical expenses, both past and future loss of income, and loss of quality and enjoyment of life.

WHEREFORE, Plaintiff demands judgment against Defendant in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code for any and all further relief that Plaintiff may be entitled in law and equity, including punitive damages.

Respectfully Submitted,

**ATTORNEY'S LIEN CLAIMED**
**JURY TRIAL DEMANDED**

Larry E. Finn, OBA 31551
PARRISH DEVAUGHN, PLLC
7 Mickey Mantle, Second Floor
Oklahoma City, OK 73104
405-999-9000
405-232-0058 (f)
Larry@parrishdevaughn.com
*Attorneys for Plaintiff*